IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

SHELBY LATRICE MCDOWELL                                              PLAINTIFF

NO. 4:17CV00059--JMV

NANCY BERRYHILL,
COMMISSIONER OF SOCIAL SECURITY                                      DEFENDANT

## ORDER ON PETITION FOR ATTORNEY FEES

Before the court are Plaintiff's motion [26] for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and Defendant's response [27]. For the reasons set out below, the motion will be granted.

In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. By Final Judgment [24] dated July 23, 2018, this court reversed and remanded this case to the Commissioner for further proceedings. Plaintiff now seeks attorney fees in the amount of $5,105.50 for attorney work before this court on the ground that Plaintiff was the prevailing party. Defendant indicates she has no objection to the requested award. Nevertheless, Defendant points out that any award should be made payable to Plaintiff, instead of counsel, in accordance with the Supreme Court's decision in *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521 (2010).

The court, having thoroughly considered the motion, the response, and the applicable law, finds the requested award is reasonable, and no special circumstance would make the award unjust.

**THEREFORE, IT IS ORDERED**:

That the Acting Commissioner shall promptly pay to Plaintiff a total of $5,105.50 in attorney fees for the benefit of counsel for Plaintiff.

This 10th day of October, 2018.

/s/ Jane M. Virden  
U. S. MAGISTRATE JUDGE